JOHN J. CARROLL, PLAINTIFF-APPELLANT, v. CITY OF CAMDEN, A MUNICIPAL CORPORATION, THE HOUSING AUTHORITY OF THE CITY OF CAMDEN, A BODY CORPORATE AND POLITIC, AND THE CAMDEN CITY PLANNING BOARD, A BODY CORPORATE, POLITIC AND A MUNICIPAL AGENCY, AND THE DELAWARE RIVER PORT AUTHORITY OF PENNSYLVANIA AND NEW JERSEY, A BODY CORPORATE AND POLITIC, DEFENDANTS-RESPONDENTS.

Argued May 23, 1966—Decided June 6, 1966.

*Mr. Carlton W. Rowand* argued the cause for appellant.

*Mr. Joseph M. Nardi, Jr.* argued the cause for respondent City of Camden.

*Mr. Mark H. Watson* argued the cause for respondent The Delaware River Port Authority of Pennsylvania and New Jersey (*Mr. Thomas F. Connery, Jr.,* attorney).

*Mr. Martin F. McKernan* filed a statement on behalf of respondent The Housing Authority of the City of Camden.

The opinion of the court was delivered

PER CURIAM. The appeal is dismissed for want of a substantial constitutional question.

*For dismissal* — Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, PROCTOR, HALL and SCHETTINO — 6.

*Opposed* — None.